# Court of Appeals
# of the State of Georgia

ATLANTA,  March 29, 2018

*The Court of Appeals hereby passes the following order:*

**A18A1450. JOHN GARNER v. CHARTER COMMUNICATIONS, LLC et al.**

The Appellant's Motion For Voluntary Dismissal of Appeal, filed in the above-styled case, is hereby granted. This appeal is WITHDRAWN.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  03/29/2018*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*